IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40958
Summary Calendar
_____


LARRY D. BONEY,

                                        Plaintiff-Appellant,

versus

JAMES A. COLLINS, Executive
Director; WAYNE SCOTT, Director;
M.D. Hall, Warden,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-95-CV-276
- - - - - - - - - - -
June 24, 1996
Before POLITZ, KING and STEWART, Circuit Judges.

PER CURIAM*

     Larry D. Boney appeals the dismissal of his civil rights suit pursuant to Fed. R. Civ. P. 12(b)(6).  Boney fails to raise a nonfrivolous issue on appeal.  Because the appeal is frivolous, the appeal is DISMISSED.

     This court previously cautioned Boney to review any pending appeals in order to avoid the imposition of sanctions.  See, e.g., Boney v. Collins, No. 95-40742 (Dec. 18, 1995).  Boney

_____

     * Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

continues to ignore our admonishment.  Accordingly, Boney is BARRED from filing any pro se, in forma pauperis, civil appeal in this court, or any pro se, in forma pauperis, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court; the clerk of this court and the clerks of all federal district courts in this Circuit are directed to return to Boney, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTIONS IMPOSED.  See 5th Cir. R. 42.2.